IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NICHOLAS MARTINO, et al : CIVIL ACTION

v. :

RICHARD CRAFT, et al : NO. 02-4633

O R D E R

AND NOW, this 17th day of October, 2002, it is hereby ORDERED:

1. Additional parties, if any, must be joined within the time specified in Local Rule 14.1. All discovery, and any other activity within the provisions of Rule 16(b)(1) - (3), is to be completed by April 17, 2003.

2. Counsel for plaintiff(s) will file a final pretrial memorandum, points for charge, any notices pursuant to Fed. R. Evid. 902(11) and (12) and any dispositive motion(s) by April 17, 2003. Counsel for defendant(s) will file a final pretrial memorandum, points for charge and any dispositive motion(s) by April 28, 2003. The defendant(s) points must designate those plaintiff points not objected to.

3. Absent extraordinary circumstances, in its case in chief a party will not be permitted to offer a witness or exhibit not listed in its final pretrial memorandum.

4. Counsel will mark and exchange all exhibits in advance of trial.

5. The testimony of expert witnesses should be videotaped. A trial date will not be continued because of the unavailability of an expert witness.

6. If requested by counsel, the Court will hold a settlement conference. In non-jury cases, counsel should notify the Court whether a settlement conference before another District Judge or Magistrate Judge Carol Sandra Moore Wells is desired.

7. This case will be placed in the trial pool on April 28, 2003.

_____
THOMAS N. O'NEILL, JR.,    J.