IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NICHOLAS MARTINO, et al          :          CIVIL ACTION

      v.                               :

RICHARD CRAFT, et al             :          NO. 02-4633

## O R D E R

AND NOW, this _____ day of June, 2003, it is hereby ORDERED that the deadlines for discovery and filing of pretrial memoranda and points for charge are extended as follows:

    1.    All discovery shall be completed by August 18, 2003.

    2.    Plaintiff shall file their pretrial memorandum and points for charge on August 18, 2003. Counsel for defendant will file their pretrial memorandum and points for charge on August 30, 2003. The defendant(s) points must designate those plaintiff points not objected to.

    3.    This case will be placed in the trial pool on August 30, 2003.

                                      THOMAS N. O'NEILL, JR.          J.