IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS MARTINO : | |
| AND : | |
| NICOLE MARTINO : | |
| AND : | |
| MARY BETH MARTINO : | |
| vs. : | |
| RICHARD CRAFT : | |
| AND : | CIVIL ACTION NO. 02-CV-4633 |
| JOHN HAMMERSCHMIDT : | |

## VOIR DIRE QUESTIONS REQUESTED BY DEFENDANTS RICHARD CRAFT AND JOHN HAMMERSCHMIDT

1. Do any of you know either of the plaintiffs in this case, Nicholas Martino or Mary Beth Martino, who live at 5 Gregory Drive in Newtown Square, Pennsylvania?

2. Do any of you know defendant Richard Craft, who lives at 659 Andover Road in Newtown Square, Pennsylvania?

3. Do any of you know defendant John Hammerschmidt, who lives at 7 Greenbrier Lane in Paoli, Pennsylvania?

4. You may hear testimony from a number of individuals in this matter and thus we ask if any of you know any of the following:

    a. Dr. Allan Jones
    b. Dr. Donald Kovalski
    c. Dr. Stephen Harlin
    d. Dr. Lawrence Mayer
    e. Dr Joan Waller
    f. Dr.Louis DeStefano
    g. Dr. Christopher Born
    h. Dr. Guy Fried
    i. Dr. Kenneth W. Fisher
    j. Captain Louis Wary, P.E.
    k. Irene C. Mendelsohn, MS, CRC
    l. David Crawford, Ph.D
    m. Dr. Robert Wolf, Ed.D, MBA

5. Does any member of the jury know either Howard Rosenthal, Esquire, Darin McMullen, Esquire, Kevin Rakowksi, Esquire or Pamela A. Carlos, Esquire either socially or professionally?

6. Has any member of the jury ever been represented by the law firm of Pelino and Lentz or Bennett, Bricklin & Saltzburg, L.L.P. or been in any litigation against any of the firms involved?

7. Is any member of the jury an attorney, paralegal or in any way connected with such a profession?

8. Does any member of the jury have a close relative (mother, father, child, sibling, aunt, uncle, first cousin) who is an attorney or paralegal?

9. Does any member of the jury have any close relatives in the medical profession?

10. Have you or any member of your family been in an accident involving a waverunner or other personal water craft?

11. Have you or any member of your family sustained any personal injuries as a result of an accident involving a waverunner or other personal water craft?

12. Have you or any member of your family brought a claim or filed a lawsuit as a result of an accident involving a waverunner or other personal water craft?

13. Would any member of the jury be inclined to award damages to the plaintiffs simply because they have brought a claim against the defendants?

14. If the plaintiffs fails to meet their burden of proof, does any member of the jury feel that they would enter a verdict in favor of the plaintiffs?

BENNETT, BRICKLIN & SALTZBURG, LLP
1601 Market Street
16th Floor
Philadelphia, PA 19103

_____
Pamela A. Carlos, Esquire
Attorney for Defendants
Richard Craft and John Hammerschmidt

Dated: August 29, 2003