**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Nicholas Martino, et al.** | : | |
| | : | |
| **Plaintiffs** | : | **Civil Action No.** |
| | : | |
| **v.** | : | **02-CF-V4633** |
| | : | |
| | : | |
| **Richard Craft, et al.** | : | |
| | : | |
| **Defendants.** | : | |

**CERTIFICATE OF SERVICE**

The undersigned counsel for plaintiffs certifies that true and correct copies of plaintiffs' Response to Defendants' Motion to Dismiss Pursuant to F. R.C.P. 12(b)(1) and supporting Memorandum of Law were hand delivered on September 12, 2003 upon counsel for defendants and addressed as follows:

> Pamela A. Carlos, Esquire
> Bennett, Bricklin & Saltzburg LLP
> 1601 Market Street
> Philadelphia, PA 19103-2393
> Attorney for Defendants

**OF COUNSEL:**

| | |
|---|---|
| Pelino & Lentz, P.C. | Howard A. Rosenthal |
| One Liberty Place | Darin J. McMullen |
| 1650 Market Street | Kevin C. Rakowski |
| Thirty-Second Floor |   Attorneys for Plaintiffs, |
| Philadelphia, PA   19103-7393 |   Nicholas Martino and Nicole |
| 215-665-1540 |   Martino, a minor, by her |
| |   parent and guardian, |
| |   Marybeth Martino and |
| |   Marybeth Martino, in her |
| |   own right |