UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Nicholas Martino, et al.** | : | |
| | : | |
| Plaintiffs | : | Civil Action No. |
| | : | |
| v. | : | 02-CF-V4633 |
| | : | |
| | : | |
| **Richard Craft, et al.** | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

This _____ day of September, 2003 after consideration of defendants' Motion To Dismiss Pursuant to F.R.C.P. 12(b)(1) and the plaintiffs' Response, it is ORDERED that defendants' Motion is DENIED in its entirety, with prejudice.

BY THE COURT:

_____
THOMAS N. O'NEILL, Jr., J.