IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NICHOLAS MARTINO, et al : CIVIL ACTION

v. :

RICHARD CRAFT, et al : NO. 02-4633

O R D E R

AND NOW, this 1st day of October, 2003, upon consideration of defendants' motion for clarification regarding defense expert deadlines and plaintiffs' response thereto, it os ORDERED that defendants' expert reports shall be submitted by October 24, 2003.

THOMAS N. O'NEILL, JR.,    J.