IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLAS MARTINO, et al. | : | CIVIL ACTION |
| | : | NO. 02-4633 |
| v. | : | |
| RICHARD CRAFT, et al. | : | |

### **ORDER**

AND NOW, this     day of October 2003, after considering defendants' motion to strike jury demand and the plaintiff's response thereto, it is hereby ORDERED that defendant's motion is granted. Defendants' jury demand is stricken. I will reserve until a time closer to the trial the question of whether to empanel an advisory jury pursuant to Federal Rule of Civil Procedure 39(c).

This case is listed for trial on Monday, November 10, 2003 at 10:00 a.m. in Courtroom 4-A, U.S. Courthouse, Philadelphia, PA.

_____
THOMAS N. O'NEILL, JR., J.