IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NICHOLAS MARTINO** : | |
| AND : | |
| **NICOLE MARTINO** : | |
| AND : | |
| **MARY BETH MARTINO** : | |
| vs. : | |
| **RICHARD CRAFT** : | |
| AND : | CIVIL ACTION NO. 02-CV-4633 |
| **JOHN HAMMERSCHMIDT** : | |

**CERTIFICATE OF SERVICE**

  I, Pamela A. Carlos, Esquire, hereby certify that a true and correct copy of the foregoing Motion in Limine to preclude plaintiffs from making any references at trial to defendant, Richard Craft's, consumption of any alcoholic beverages on July 15, 2000 has been served this date upon all interested counsel by way of hand-delivery addressed as follows:

Kevin Rakowski, Esquire
**Pelino & Lentz, P.C.**
One Liberty Place
32nd Floor
1650 Market Street
Philadelphia, PA 19103-7393

               **BENNETT, BRICKLIN & SALTZBURG, L.L.P.**

      **By:** _____
          **PAMELA A. CARLOS, ESQUIRE**
          **Attorney for defendant**,
          **Richard Craft and John Hammerschmidt**

Dated: __October 28, 2003__