## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Nicholas Martino, et al | : | |
| | : | Civil Action |
| | : | |
| v. | : | No. 02-CV-4633 |
| | : | |
| Richard Craft, et al | : | |

**O R D E R**

AND NOW, this 4th day of February, 2004, upon consideration of Plaintiff's Amended Motion For Approval Of A Settlement Agreement and Release Involving Interests Of A Minor, the Settlement Agreement and Release involving interest of a minor is approved and I find the terms thereof to be fair and equitable.

Ordinarily in a minor's case I would not approve a fee which is a percentage of the gross recovery rather than the net; however in this case it makes no difference as no expenses are to be paid out of the agreed settlement amount.

IT IS ORDERED that defendants make payment in accordance with the terms of the Settlement Agreement.

_____
THOMAS N. O'NEILL, JR.          J.